# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Specie, Karen K. | U.S. Bankruptcy Court Northern District of Florida | 04/20/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States Bankruptcy Judge | ☐ Nomination Date  ☐ Initial  ☑ Annual  ☐ Final  **5b.** ☐ Amended Report | 01/01/2020 **to** 12/31/2020 |

**7. Chambers or Office Address**

United States Bankruptcy Court
Northern District of Florida
110 East Park Ave., Ste 200
Tallahassee, FL 32301

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☑ **NONE** *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ **NONE** *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2020 | ▓▓▓▓▓▓ - Real Estate Broker |
| 2. | 2020 | ▓▓▓▓▓▓ - Commercial real estate ownership, rental and management (Voluntary Dissolution Filed 5/11/20) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bankruptcy Institute | 01/15/2020 through 01/17/2020 | Tampa, FL | Educational Seminar | Lodging, Meals, Transportation |
| 2. | The Florida Bar Association | 02/05/2020 through 02/07/2020 | Orlando, FL | Educational Seminar | Lodging, Meals, transportation |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. American Express | various credit cards | J |
| 2. Chase | various credit cards | J |
| 3. Drummond Community Bank (Y) | Line of Credit - personal (Paid off in 2020) | None |
| 4. Drummond Community Bank | Personal Loan | J |
| 5. Discover | Credit Card | J |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1.   Renasant Bank - accounts | A | Interest | J | T | | | | | |
| 2.   Capital City Bank - checking account | | None | J | T | | | | | |
| 3.   ▓▓▓▓▓▓▓▓▓▓. | D | Distribution | J | U | | | | | |
| 4.   ▓▓▓▓▓▓▓▓▓▓ | | None | | | Closed | 05/11/20 | J | | |
| 5.   Farming operation - Alachua Co., FL (See Part VII) | | None | | | Sold | 04/24/20 | J | | |
| 6.   Drummond Community Bank - Savings Account | A | Interest | M | T | Open | 04/14/20 | O | | |
| 7.   Capital City Bank - Savings Account | A | Interest | M | T | Open | 04/15/20 | N | | |
| 8.   Drummond Community Bank - Checking Account | A | Interest | J | T | Open | 04/01/20 | J | | |
| 9. | | | | | | | | | |
| 10.  IRA # 1 Farnsley Wealth Management, LLC (previous Farnsley & Johnston) | | | | | | | | | |
| 11.  American Growth Fund of Amer | B | Dividend | K | T | | | | | |
| 12.  Columbia Contrarian | B | Dividend | K | T | | | | | |
| 13.  Columbia Dividend Income | A | Dividend | K | T | | | | | |
| 14.  John Hancock Disciplined Value Fund Class A | A | Dividend | K | T | | | | | |
| 15.  John Hancock Disciplined Value Mid Cap | A | Dividend | K | T | | | | | |
| 16.  JP Morgan Small Cap Equity | A | Dividend | K | T | | | | | |
| 17.  JP Morgan International Value Fund Institutional Class | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemp'tion) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. JP Morgan Mid Cap Value Fund Institutional Shares | B | Dividend | K | T | | | | | |
| 19. JP Morgan US Equity Fund | C | Dividend | L | T | | | | | |
| 20. JP Morgan U.S. Large Cap Core Plus Fund Select Class | D | Dividend | K | T | | | | | |
| 21. Mainstay Epoch Global Equity Yield Fund Class A | A | Dividend | K | T | | | | | |
| 22. MFS International Growth Fund Class 1 | A | Dividend | K | T | | | | | |
| 23. MFS Research Fund Class A | B | Dividend | K | T | | | | | |
| 24. MFS Utilities Fund Class A | A | Dividend | K | T | | | | | |
| 25. Invesco Oppenheimer Int'l Sml Mid Co (fka Oppenhiemer Int'l Sml Mid) | C | Dividend | K | T | | | | | |
| 26. Principal Small Mid Cap Dividend Income Fund Class P | A | Dividend | K | T | | | | | |
| 27. PGIM Jennison Equity | A | Dividend | | | Sold | 04/06/20 | K | | |
| 28. PGIM Jennison Mid Cap | | None | | | Sold | 08/27/20 | J | | |
| 29. American Europacific Growth Fund CL F2 | A | Dividend | K | T | | | | | |
| 30. American Smallcap World Fund CL F2 | A | Dividend | K | T | | | | | |
| 31. Cohen & Steers Pref Securities Income I | A | Dividend | K | T | | | | | |
| 32. Value Line Small Cap Opport CL INSTL | | None | | | Sold | 10/20/20 | K | | |
| 33. Goldman Sachs Small/Mid Cap Growth Prosp. | D | Dividend | L | T | Buy (add'l) | 08/28/20 | J | | |
| 34. Goldman Sachs Intl Sm Cap Insights | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. American Amcap Fund 2 | A | Dividend | K | T | | | | | |
| 36. Goldman Sachs Emerg Mkts Equity | A | Dividend | K | T | | | | | |
| 37. MFS New Discovery Fund | B | Dividend | K | T | | | | | |
| 38. Goldman Sachs GQG Partners Int'l Opp (X) | A | Dividend | K | T | Buy | 04/07/20 | J | | |
| 39. Fidelity Contrafund Prospectus (X) | B | Dividend | K | T | Buy | 10/20/20 | K | | |
| 40. | | | | | | | | | |
| 41. IRA #2 Farnsley & Johnston | | | | | | | | | |
| 42. Cohen & Steers Pref. Securities | A | Dividend | K | T | | | | | |
| 43. John Hancock Disciplined Value Mid Cap | | None | | | Sold | 08/28/20 | J | | |
| 44. J P Morgan US Large Cap Core (Plus Fund Select Class N/L) | C | Dividend | K | T | | | | | |
| 45. J P Morgan Mid Cap Value Fund Institutional Shares | A | Dividend | J | T | | | | | |
| 46. MFS Research Fund Class A | A | Dividend | J | T | | | | | |
| 47. Invesco Oppenheimer Dev Markets (previous Oppenheimer Dev Markets) | A | Dividend | J | T | | | | | |
| 48. Value Line Small Cap | B | Dividend | K | T | | | | | |
| 49. Goldman Sachs Emerg Mkts Eq | A | Dividend | J | T | | | | | |
| 50. American Growth Fund of America | A | Dividend | J | T | | | | | |
| 51. JP Morgan Hedged Equity | A | Dividend | K | T | Buy<br>(add'l) | 08/27/20 | J | | |

| 1 | Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|---|
| | (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 | Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 | Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Specie, Karen K. | 04/20/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52.  Goldman Sachs Small/Mid Cap | A | Dividend | J | T | | | | | |
| 53.  MFS New Discovery FL CL I | A | Dividend | J | T | | | | | |
| 54. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VI - LINE 4 - DRUMMOND COMMUNITY BANK - CORRECTED TO "PERSONAL LOAN;" PRIOR REPORTS LISTED AS "LINE OF CREDIT - PERSONAL."

PART VII - LINE 4 - ████████████████████████████. VOLUNTARILY DISSOLVED ON 5/11/2020.

PART VII - LINE 5 - FARMING OPERATION (PECANS) SOLD WITH HOMESTEAD PROPERTY ON 4/24/2020.

PART VII - LINE 60 OF AMENDED 2019 REPORT - VALIC RETIREMENT ACCOUNT WAS LIQUIDATED ON 2/11/2019 AND MISTAKENLY INCLUDED IN THE AMENDED 2019 REPORT. THE ASSET IS REMOVED FROM THIS REPORT.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  s/ Karen K. Specie

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544